STATE of Missouri, Respondent,

v.

Dennis MOORE, Appellant.

Dennis MOORE, Movant/Appellant,

v.

STATE of Missouri, Respondent.

Nos. 63746, 65133.

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 20, 1994.

Doris G. Black, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Mary Moulton Bryan, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

*ORDER*

PER CURIAM.

In this jury-tried case, defendant appeals from his conviction for the Class C felony of stealing in violation of § 570.030.3 RSMo 1986, punishable under §§ 558.011.1(3) and 560.011. Defendant also appeals the denial

of his Rule 29.15 motion for postconviction relief after an evidentiary hearing. Defendant was sentenced as a prior and persistent offender pursuant to §§ 558.016 and 557.036.4 to a term of fifteen years imprisonment.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment is affirmed in accordance with rules 30.25(b) and 84.16(b).